| | AUSA: | Sean L. King | Telephone: (313) 226-9727 |
|---|---|---|---|
| AO 442 (Rev. 11/11) Arrest Warrant | Agent: | John Bolos | Telephone: (586) 747-8578 |

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

United States of America

v.

Yong Ni  a/k/a Yung LI, a/k/a Ting Kuo Michael LIN

Case: 2:26-cr-20231

## ARREST WARRANT

F I L E D

APR 2 4 2026

CLERK'S OFFICE
DETROIT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* Yong Ni a/k/a Yung LI, a/k/a Ting Kuo Michael LIN                         ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment        ☐ Superseding Indictment        ☐ Information        ☐ Superseding Information        ☐ Complaint
☐ Probation Violation Petition        ☐ Supervised Release Violation Petition        ☐ Violation Notice        ☐ Order of the Court

The offenses are described as follows:

**8 U.S.C. §§ 1324(a)(1)(A)(v)(I), (a)(1)(A)(iii)- Conspiracy to Harbor Ilegal Aliens**
**8 U.S.C. §§ 1324(a)(1)(A)(iii), (a)(1)(B)(i) - Harboring an Illegal Alien**
**8 U.S.C. §§ 1324(a)(1)(A)(iii), (a)(1)(B)(i) - Harboring an Illegal Alien**
**8 U.S.C. §§ 1324a(a)(1)(A), (f)(1) - Unlawful Employment of Aliens**
**18 U.S.C. § 1546(a) - Fraud and Misuse of Visas, Permits, or Other Documents**

Date:     **APR 2 1 2026**

*Issuing officer's signature*

SARAH SCHOENHERR          DEPUTY CLERK

*Printed name and title*

City and state:  Detroit, MI

---

**Return**

This warrant was received on *(date)* 4/22/26 , and the person was arrested on *(date)* 4/23/26
at *(city and state)* TRoy, MI

Date:  5/13/26

*Arresting officer's signature*

John Bolos   FBI TFA

*Printed name and title*

*Distribution: Original Court – 1 copy U.S. Marshal – 2 copies USA*